UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

S.B.,

    Plaintiff,

v.                                                       No. 1:21-cv-00402-KWR-GJF

ALISHA TAFOYA LUCERO,
SECRETARY OF THE NEW MEXICO
CORRECTIONS DEPARTMENT, WENCESLAUS
ASONGANYI, HEALTH SERVICES
ADMINISTRATOR OF THE
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Exceed Page Limits [Doc. 28] pursuant to D.N.M. LR-Civ. 7.5 on June 4, 2021. The Court, having noted that the motion is unopposed and otherwise being fully advised in the premises, finds that the motion is **WELL TAKEN** and is **GRANTED.**

**IT IS THEREFORE ORDERED** that Defendants may exceed the page limits set in Rule 7.5 for their Response to Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Mark E. Komer*
Mark E. Komer

*Attorneys for Defendants*

Approved:

*Electronic approval 6-4-21*
Lalita Moskowitz
lmoskowitz@aclu-nm.org

*Attorneys for Plaintiff*