UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

S.B.,

    Plaintiff,

v.                                            No. 1:21-CV-00402 KWR/GJF

ALISHA TAFOYA LUCERO,
SECRETARY OF THE NEW MEXICO
CORRECTIONS DEPARTMENT, WENCESLAUS
ASONGANYI, HEALTH SERVICES
ADMINISTRATOR OF THE
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendants.

## JOINT MOTION TO DISMISS

Plaintiff S.B., by and through her counsel of record ACLU of New Mexico (Lalita Moskowitz and Maria Martinez Sanchez) and Defendants Alisha Tafoya Lucero, Secretary of the New Mexico Corrections Department, and Wenceslaus Asonganyi, Health Services Administrator of the New Mexico Corrections Department, by and through their counsel of record Long, Komer & Associates, P.A. (Mark E. Komer) move the Court to dismiss this action with prejudice as all claims and issues between the parties have been fully resolved.

Respectfully submitted,

LONG, KOMER & ASSOCIATES, P.A.

*/s/ Mark E. Komer*
Mark E. Komer
P.O. Box 5098
Santa Fe, NM  87502-5098
505-982-8405
mark@longkomer.com
email@longkomer.com

*Attorneys for Defendants*

Approved:

ACLU OF NEW MEXICO


*Electronic approval 9-2-2022*
Lalita Moskowitz
Maria Martinez Sanchez
P.O. Box 566
Albuquerque, NM 87103
Phone: (505) 266-5915
lmoskowitz@aclu-nm.org
msanchez@aclu-nm.org

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of September 2022, I filed the foregoing **Joint Motion to Dismiss** electronically, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Lalita Moskowitz
Maria Martinez Sanchez
P.O. Box 566
Albuquerque, NM 87103
Phone: (505) 266-5915
lmoskowitz@aclu-nm.org
msanchez@aclu-nm.org

*Attorneys for Plaintiffs*

 

                                                            */s/ Mark E. Komer*
                                                            Mark E. Komer