UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

S.B.,

    Plaintiff,

v.                                            No. 1:21-cv-00402-KWR-GJF

ALISHA TAFOYA LUCERO,
SECRETARY OF THE NEW MEXICO
CORRECTIONS DEPARTMENT, WENCESLAUS
ASONGANYI, HEALTH SERVICES
ADMINISTRATOR OF THE
NEW MEXICO CORRECTIONS DEPARTMENT,

    Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS (DOC. 106)

**THIS MATTER** comes before the Court on the parties' Joint Motion to Dismiss [Doc. 106, filed 9-13-2022]. The Court, having noted that the motion is unopposed and otherwise being fully advised in the premises, finds that the motion is **WELL TAKEN** and is **GRANTED.**

**IT IS THEREFORE ORDERED** that this action is dismissed with prejudice, the parties to bear their own costs.

**IT IS SO ORDERED.**

_____
KEA W. RIGGS
U.S. DISTRICT COURT JUDGE

Submitted by:

*/s/ Mark E. Komer*
Mark E. Komer

*Attorneys for Defendants*

Approved:

*Electronic approval 9-14-22*
Maria Martinez Sanchez
msanchz@aclu-nm.org

*Attorneys for Plaintiff*